**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DANIEL EICHELBERGER** <br><br> **v.** <br><br> **CITY OF PHILADELPHIA, CURRAN-FROMHOLD CORRECTIONAL FACILITY, and CORRECTIONS OFFICER S. WILSON** | **CIVIL ACTION** <br><br> **NO. 17-5795** |

## ORDER RE: MOTION TO DISMISS

AND NOW, this 7th day of May, 2018, upon careful consideration of all submissions, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant City of Philadelphia's Motion to Dismiss is **DENIED IN PART** and **GRANTED IN PART**, without prejudice.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**